# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TERESA LLAMAS,<br><br>             Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>             Defendant. | Case No. 2:14-CV-02197 PA(ASx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

Dated: July 8, 2014

_____
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4831-9941-8139 v1

- 1 -

CASE NO. 2:14-CV-02197 PA(ASX)
(PROPOSED) ORDER RE JNT. STIP. TO CONT. SCHED
CONF. PENDING PARTIES' 7/25/14 MEDIATION